

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC**., Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC.,** d/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The Reporters Committee for Freedom of the Press and The Houston Forward Times ("the Media Appellants") have filed an unopposed motion requesting an extension of time to file their brief. The motion is GRANTED. The Media Appellants' brief is due on or before **March 14, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court